McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:19-CR-0232-JAM |
| Plaintiff, | STIPULATION AND ORDER  TO CONTINUE STATUS CONFERENCE |
| v. | Date:      February 25, 2020 |
| FRANK JONATHAN GUZMAN, and JOSE CRUZ IVAN AISPURO, | Time:      9:15 a.m. |
| Defendants. | Judge:     Hon. John A. Mendez |

Plaintiff United States of America, through its undersigned counsel, and defendants Frank Jonathan Guzman and Jose Cruz Ivan Aispuro, through their respective counsel of record, stipulate that the status conference currently set for February 25, 2020, be continued to April 14, 2020, at 9:15 a.m.

On December 19, 2019, both defendants were arraigned on the seven-count Indictment.  (Dkt. Nos. 16, 19.)  Since that time, the United States has produced to the defense discovery that includes over 200 pages of reports and memoranda, over 600 photos, and dozens of audio, video, and multimedia files from throughout this investigation.  Both defense counsel require additional time to review these materials, time to confer with their clients, time to conduct further research and investigation about the charged offenses, and time to otherwise prepare for trial.  In addition, defense counsel require additional time to review the potential implications of the First Step Act and to discuss the matter with their clients.

/ / /

STIPULATION AND (PROPOSED) ORDER
TO CONTINUE STATUS CONFERENCE

1    Based on the foregoing, the parties stipulate that the status conference currently set for February

2   25, 2020, be continued to April 14, 2020, at 9:15 a.m.  The parties further agree that time under the

3   Speedy Trial Act should be excluded from the date the date of this filing to and including April 14, 2020,

4   under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local

5   Code T4, based on continuity of counsel and defense preparation.

6    Counsel and the defendants also agree that the ends of justice served by the Court granting the

7   requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

8                                                        Respectfully submitted,

9

10   Dated:  February 20, 2020                 */s/ Timothy H. Delgado*_____
                                               TIMOTHY H. DELGADO
11                                             Assistant United States Attorney
                                               *Attorney for plaintiff United States*
12

13

14   Dated:  February 20, 2020                  */s/ THD for Kelly Babineau*_____
                                               KELLY BABINEAU
15                                             The Law Office of Kelly Babineau, APC
                                               *Attorney for defendant Frank J. Guzman*
16

17   Dated:  February 20, 2020                  */s/ THD for David W. Dratman*_____
                                               DAVID W. DRATMAN
18                                             Attorney at Law
                                               *Attorney for defendant Jose Cruz Ivan Aispuro*
19

20

21

22

23

24

25

26

27

28

1

ORDER

2   The Court, having received and considered the parties' stipulation, and good cause appearing

3   therefore, adopts the parties' stipulation in its entirety as its order.  The Court specifically finds that the

4   failure to grant a continuance in this case would deny counsel reasonable time necessary for effective

5   preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice

6   are served by granting the requested continuance and outweigh the best interests of the public and the

7   Defendants in a speedy trial.

8   The Court orders that the time from the date the parties stipulated, to and including April 14,

9   2020, shall be excluded from computation of time within which the trial in this case must be commenced

10  under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for

11  counsel to prepare] and General Order 479 (Local Code T4).  It is further ordered that the February 25,

12  2020 status conference be continued until April 14, 2020, at 9:15 a.m.

13

14  Dated:  February 20, 2020                    /s/ John A. Mendez_____ ____

15                                              Hon. John A. Mendez
                                                United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28