PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
DAVID W. SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK JONATHAN GUZMAN, and<br>JOSE CRUZ IVAN AISPURO,<br><br>    Defendants. | CASE NO. 2:19-cr-00232-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER**<br><br>DATE: June 27, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 27, 2023.

2. By this stipulation, the parties request to continue the status conference to **September 12, 2023**, at **09:00 a.m**., and to exclude time between June 27, 2023, and September 12, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes approximately 928 pages of investigative reports, photographs, and other documents, as

well as multiple video and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b) On February 9, 2023, the Court signed an order substituting Attorney John R. Manning as counsel of record for defendant Frank Guzman in place of prior defense counsel Kelly Babineau.

      c) Counsel for defendants need additional time to review the discovery, meet with their clients to assess the discovery, conduct necessary investigation, conduct legal research into trial issues and sentencing issues, discuss potential resolutions with their clients, and otherwise prepare for trial.

      d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e) The government does not object to the continuance.

      f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 27, 2023, to September 12, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated: June 20, 2023                         PHILLIP A. TALBERT
                                             United States Attorney


                                             /s/ DAVID W. SPENCER
                                             DAVID W. SPENCER
                                             Assistant United States Attorney


Dated: June 20, 2023                         /s/ John R. Manning
                                             John R. Manning
                                             Counsel for Defendant
                                             FRANK JONATHAN
                                             GUZMAN

Dated: June 20, 2023                         /s/ David W. Dratman
                                             David W. Dratman
                                             Counsel for Defendant
                                             JOSE CRUZ IVAN AISPURO


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: June 20, 2023                         /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT                         3