DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California 95825-6738
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JOSE CRUZ IVAN AISPURO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>JOSE CRUZ IVAN AISPURO,<br><br>      Defendant. | 2:19-cr-00232-JAM-2<br><br>**STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE** |
|---|---|

By this stipulation, the defendant seeks to continue judgment and sentencing from January 9, 2023 to May 21, 2024, at 9:00 a.m.  The government does not object to this continuance.  Accordingly, IT IS HEREBY STIPULATED BETWEEN the parties, with the concurrence of the Probation Department, that the Judgment and Sentencing scheduled for January 9, 2023, at 9:00 a.m. be **CONTINUED** to **May 21, 2024, at 9:00 a.m**.; and, that the following sentencing schedule be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | **May 21, 2024, at 09:00 a.m.** |
| Reply, or Statement of Non-Opposition: | May 14, 2024 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | May 7, 2024 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | April 16, 2024 |

**STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE**
*UNITED STATES v. JOSE CRUZ IVAN AISPURO*
**[2:19-CR-00232 JAM]**

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:   April 9, 2024

The proposed Presentence Report shall be disclosed to counsel no later than:   March 26, 2024

DATED: December 29, 2023    /s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
JOSE CRUZ IVAN AISPURO

DATED: December 29, 2023    PHILLIP A. TALBERT
United States Attorney

By: /s/ David W. Spencer*
DAVID W. SPENCER
Assistant U.S. Attorney
*Signed with permission

**ORDER**

IT IS SO ORDERED.

Dated: January 02, 2024    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE**
*UNITED STATES V. JOSE CRUZ IVAN AISPURO*
**[2:19-CR-00232 JAM]**