DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California 95825-6738
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JOSE CRUZ IVAN AISPURO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>JOSE CRUZ IVAN AISPURO,<br><br>               Defendant. | 2:19-cr-00232-JAM-2<br><br>**STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE** |

By this stipulation, the defendant seeks to reset the sentencing schedule and hearing from June 18, 2024 to July 23, 2024 at 9:00 a.m.  The government does not object to this continuance.  Accordingly, IT IS HEREBY STIPULATED BETWEEN the parties, with the concurrence of the Probation Department, that the Judgment and Sentencing scheduled for June 18, 2024, at 9:00 a.m. be continued to **July 23, 2024, at 9:00 a.m.**; and, that the following sentencing schedule be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | **July 23, 2024** |
| Reply, or Statement of Non-Opposition: | **July 16, 2024** |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | **July 09, 2024** |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | **June 25, 2024** |

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:                                        **June 18, 2024**

The proposed Presentence Report shall be disclosed to counsel no later than:                                        **June 04, 2024**

DATED: M a y  1 3 ,  2 0 2 4          /s/ David W. Dratman
                                      DAVID W. DRATMAN
                                      Attorney for Defendant

                                      JOSE CRUZ IVAN AISPURO

DATED: M a y 1 3 ,  2 0 2 4          PHILLIP A. TALBERT
                                      United States Attorney

                                      By: /s/ David W. Spencer*
                                      DAVID W. SPENCER
                                      Assistant U.S. Attorney
                                      *Signed with permission

## ORDER

IT IS SO ORDERED.

Dated: May 15, 2024          /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             SENIOR UNITED STATES DISTRICT JUDGE