PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
KEVIN C. KHASIGIAN
DAVID W. SPENCER
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>           v.<br><br>JOSE CRUZ IVAN AISPURO,<br><br>                  Defendant. | 2:19-cr-00232-JAM<br><br>**FINAL ORDER OF FORFEITURE** |

On or about October 27, 2023, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Jose Cruz Ivan Aispuro forfeiting to the United States the following property:

      a.      Approximately $42,066.00 in U.S. Currency, plus all accrued interest.

Beginning on October 28, 2023, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described property:

a. Antonio Quinonez Aispuro:  A notice letter was sent via certified mail to Antonio Quinonez Aispuro at 2648 Clearfield Drive, Stockton, CA 95205 on October 27, 2023.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by Laura Meraz on November 1, 2023.

b. Laura Meraz-Sanchez:  A notice letter was sent via certified mail to Laura Meraz-Sanchez at 2648 Clearfield Drive, Stockton, CA 95205 on October 27, 2023.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by Laura Meraz on November 1, 2023.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Jose Cruz Ivan Aispuro, Antonio Quinonez Aispuro, and Laura Meraz-Sanchez.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.

Dated: September 19, 2024    /s/ John A. Mendez
　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE